UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
RAMON FONTANEZ, Individually, and On Behalf of All Others Similarly Situated,

                    Plaintiff,

vs.

CAT PERSON INC.,

                    Defendant.
---------------------------------------------------------------- x

Case No.: 1:22-cv-05099-JMF

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Ramon Fontanez hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Cat Person Inc.

DATED: June 23, 2022

**MIZRAHI KROUB LLP**

/s/ Edward Y. Kroub
EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

SO ORDERED.

June 24, 2022